396 P.3d 1153

**Johanne AUGER, Petitioner-Appellee,**

**v.**

**Paul POCINO, Respondent-Appellant**

**NO. CAAP-16-0000582**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, June 28, 2017

APPEAL FROM THE FAMILY COURT OF THE FIFTH CIRCUIT (FC-DA NO. 15-1-0210)

**16**

SUMMARY DISPOSITION ORDER

Reversed.